[No. 26736-5-II.  Division Two.  April 5, 2002.]

NORMAN COOPER, ET AL., *Appellants*, v. THE DEPARTMENT OF TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-2-00431-7, Stephen M. Warning, J., entered November 20, 2000. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 26789-6-II.  Division Two.  April 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN STEWART PERRÊT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-8-01168-2, Ronald C. Wilkinson, J. Pro Tem., entered December 8, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 26798-5-II.  Division Two.  April 5, 2002.]

CRAIG GRESHAM, ET AL., *Appellants*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-03170-1, Leonard W. Kruse, J., entered November 30, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 27111-7-II.  Division Two.  April 5, 2002.]

NORTHVIEW TERRACE ASSOCIATION, *Respondent*, v. NORBERT MUELLER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court of Pierce County, No. 99-2-07207-9, Thomas A. Swayze, Jr., J., entered February 1, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.